# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2012

Robert P. Young, Jr.,
Chief Justice

144643

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC:  144643
                                             COA:  306817
                                           Wayne CC:  10-009263-FC

RAYMOND HENLEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2011 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order, addressing the issue whether the defendant should be allowed the opportunity to withdraw his plea in light of *People v Cole*, 491 Mich 325 (2012).

      The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2012                                      _____
                                                          Clerk

h1023